# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LaMaar T. Brazier,

    Plaintiff

    v.

Nicholas Brigandi et al.,

    Defendants

Case No.: 2:14-cv-00015-JAD-VCF

**Order Adopting Report and Recommendation [Doc. 3]**

    Before the Court is Magistrate Judge Ferenbach's Report and Recommendation regarding Plaintiff LaMaar Brazier's civil-rights action.[1]  It recommends dismissing counts one and two of Brazier's complaint with leave to amend, dismissing count three with prejudice, and setting a deadline for plaintiff to file the second amended complaint.[2]  The Report was entered March 3, 2014. Objections were due March 17, 2014.[3]  Plaintiff filed no objections; instead, he filed a second amended complaint.[4]  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."

---

[1] Doc. 3.

[2] Doc. 3 at 9–10.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).  *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[4] Doc. 4.

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[Doc. 37] is ADOPTED**.

It is further ORDERED that counts one and two of Plaintiff LaMaar Brazier's amended complaint [Doc. 2] are **DISMISSED** with leave to amend.

It is further ORDERED that count three of Plaintiff LaMaar Brazier's amended complaint [Doc. 2] is **DISMISSED** with prejudice.

DATED May 13, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2